≡JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Lawrence

**County** Essex

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 25-MJ-7070-JCB
- Search Warrant Case Number: _____
- R 20/R 40 from District of: 22-7043-JCB, 22-1073 1074-DLC

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

**Defendant Information:**

Defendant Name: JUANA LIDUVINA AGUASVIVAS     Juvenile: ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☐ No

Alias Name: YOSELIN AGUASVIVAS LUCERO, JUANA YBELISSIS AGUASVIVAS

Address: 82 Haverhill Street, Apt 3, Lawrence, Massachusetts 01841

Birth date (Yr only): 1959   SSN (last 4#): ___   Sex: W   Race: ___   Nationality: Dominican

**Defense Counsel if known:** _____  **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Annapurna Balakrishna    Bar Number if applicable: MA 655051

**Interpreter:** ☒ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/7/2025     Signature of AUSA: /s/ Annapurna Balakrishna

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** JUANA LIDUVINA AGUASVIVAS

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**